IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JORDAN ADAM SUTHERLAND,

        Petitioner,

    v.

COREY FHUERE,[1]

        Respondent.

Case No. 6:24-cv-01706-JR

ORDER

**BAGGIO, District Judge:**

---

[1] Defendant's name appears with various spellings. "Fhuere" appears on the CM/ECF docket, based on Petitioner's Petition. ECF No. 2. "Fheure" appears in the caption of Judge Russo's Findings and Recommendation ("F&R"). In the body of the F&R, Judge Russo cites one of Petitioner's state cases at the intermediate appellate court correctly as *Sutherland v. Fhuere*, 332 Or. App. 589 (2024) and the same case at the state high court incorrectly as *Sutherland v. Fheure*, 372 Or. 720 (2024). Indeed, the state courts consistently use "Fhuere." *See generally* Resp't's Exs. 101–124, ECF No. 21 ("Fheure" not appearing in state court record). In yet another variation, "Fhure" appears in the caption of Respondent's filings. *E.g.* Resp't's Answer, ECF No. 20. This Court relies on the docket and uses "Fhuere" accordingly.

1 – ORDER

Magistrate Judge Russo issued a Findings and Recommendation on December 4, 2025, in which she recommends that the Court deny Petitioner's Petition for Writ of Habeas Corpus and Motion for Discovery. F&R, ECF No. 33. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [33]. Accordingly, Petitioner's Petition for Writ of Habeas Corpus [2] and Motion for Discovery [26] are DENIED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, the Court DENIES the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 18th day of March, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER